

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00475-CV

**IN THE INTEREST OF N.F.M. AND S.R.M.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00070
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The court reporter has filed a notice of late record, requesting an additional 20 days to complete the reporter's record. Because this is an accelerated appeal, we grant the request in part and order the court reporter, Cynthia S. Hyatt, to file the reporter's record by **August 6, 2018**. See Tex. R. App. P. 35.3 ("The appellate court may extend the deadline to file the record if requested by the clerk or reporter. Each extension must not exceed . . . 10 days in an accelerated appeal.").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court